```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO BEDOYA,

Petitioner,

        -against-

UNITED STATES OF AMERICA,

Respondent.

21-CV-0308 (VM)

89-CR-0803 (VM)

ORDER TO ANSWER, 28 U.S.C. § 2255

**VICTOR MARRERO, United States District Judge**:

The Court, after reviewing the petition submitted by Mr. Bedoya in this matter, (see 21-CV-308, Dkt. No. 1) hereby **ORDERS** that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within thirty days of the date of this order, the Government shall file a letter informing the Court its position on if Mr. Bedoya was still serving his original sentence, a sentence concurrent or consecutive to the original sentence, or a wholly separate sentence, at the time he filed his petition. (See 89-CR-803, Dkt. No. 20.) The government is also directed to inform the Court its position on how the sentence Mr. Bedoya was serving at the time of his petition impacts the form of relief he requests.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

**SO ORDERED.**

Dated:   March 16, 2021
         New York, New York

_____
Victor Marrero
U.S.D.J.